IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20-cv-410-GCM

| | |
|---|---|
| ROSALIND RICHMOND, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| EQUIFAX INFORMATION SERVICES, LLC ET AL., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Yaakov Saks** (Doc. No. 2).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Saks is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Rosalind Richmond.

**IT IS SO ORDERED.**

Signed: July 31, 2020

Graham C. Mullen
United States District Judge